PHILLIP A. TALBERT
United States Attorney
JUSTIN J. GILIO
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile:  (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                              Plaintiff,<br><br>                       v.<br><br>PEDRO DUARTE SANCHEZ ET AL,<br><br>                              Defendants. | CASE NO.  1:22-CR-00305-JLT-SKO<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; ORDER<br><br>DATE: June 21, 2023<br>TIME: 1:00 p.m.<br>COURT: Hon. Sheila K. Oberto |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1.      By previous order, this matter was set for status conference on June 21, 2023.

2.      By this stipulation, defendants now moves to continue the status conference until August 30, 2023, and to exclude time between June 21, 2023, and August 30, 2023, under 18 U.S.C. § 3161(h)(7)(A), B(iv).

3.      The parties agree and stipulate, and request that the Court find the following:

        a)      The government has represented that the discovery associated with this case includes body-worn camera, investigative reports, photographs, aerial surveillance video, and other evidence.  All of this discovery has been either produced directly to counsel and/or made available for inspection and copying.  In addition, the government has confidential discovery that

it has made available to defense at the government's office.

b)      Counsel for defendants desires additional time to meet with their clients, conduct independent investigation, review the discovery (including visiting the government's office to review the confidential discovery), and consider a potential pretrial resolution of the case.

c)      Counsel for defendants believe that failure to grant the above-requested continuance would deny him/her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

d)      The government does not object to the continuance.

e)      Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

f)      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of June 21, 2023 to August 30, 2023, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4.      Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.


Dated:  June 14, 2023                                    PHILLIP A. TALBERT
                                                        United States Attorney


                                                        /s/ JUSTIN J. GILIO
                                                        JUSTIN J. GILIO
                                                        Assistant United States Attorney

Dated:  June 14, 2023

/s/ Michael Garey

Michael Garey
Counsel for Defendant
PEDRO DUARTE SANCHEZ


Dated:  June 14, 2023

/s/ David A. Torres

David A. Torres
Counsel for Defendant
LUIS ENRIQUE HIGUERA
LOPEZ


Dated:  June 14, 2023

/s/ Ryan Roth

Ryan Roth
Counsel for Defendant
VANESSA ARAUZA


**ORDER**

IT IS SO ORDERED.


DATED: 6/15/2023

*Sheila K. Oberto*

THE HONORABLE SHEILA K. OBERTO
UNITED STATES MAGISTRATE JUDGE