PHILLIP A. TALBERT
United States Attorney
JUSTIN J. GILIO
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>PEDRO DUARTE SANCHEZ ET AL.,<br><br>Defendants. | CASE NO. 1:22-CR-00305-JLT-SKO<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; ORDER<br><br>CURRENT DATE: November 15, 2023<br>TIME: 1:00 p.m.<br><br>COURT: Hon. Sheila K. Oberto |

Plaintiff United States of America, by and through its counsel of record, and defendants, by and through defendants' counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status on November 15, 2023. The parties agree to vacate the upcoming status conference.

2. By this stipulation, Pedro Sanchez now moves to set his case for a change of plea hearing before the Hon. Jennifer L. Thurston at 10:00 a.m. on December 11, 2023, and to exclude time between November 15, 2023, and December 11, 2023.

3. By this stipulation, Vanessa ARAUZA now moves to set her case for a change of plea hearing before the Hon. Jennifer L. Thurston at 10:00 a.m. on April 29, 2024, and to exclude time between November 15, 2023, and April 29, 2024.

4. The parties agree and stipulate, and request that the Court find the following:

    a) The government has represented that the discovery associated with this case

includes body-worn camera, investigative reports, photographs, aerial surveillance video, audio records, and other evidence. All of this discovery has been either produced directly to counsel and/or made available for inspection and copying. In addition, the government has confidential discovery that it has made available to defense at the government's office.

  b) Counsel for defendants desire additional time to consult with their clients, conduct investigation and research related to the charges, review and copy discovery for this matter, discuss potential resolutions with their clients, and to review the offer made by the government.

  c) Counsel for defendants believe that failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

  d) The government does not object to the continuance.

  e) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

  f) As to Pedro SANCHEZ, for the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of November 15, 2023 to December 11, 2023, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

  g) As to Vanessa ARAUZA, for the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of November 15, 2023 to April 29, 2024, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

5. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial

must commence.

     IT IS SO STIPULATED.

Dated:  November 7, 2023

                                                PHILLIP A. TALBERT
                                                United States Attorney

                                                /s/ JUSTIN J. GILIO
                                                JUSTIN J. GILIO
                                                Assistant United States Attorney

Dated:  November 7, 2023                       /s/ Michael Garey
                                                Michael Garey
                                                Counsel for Defendant
                                                Pedro Sanchez

Dated:  November 7, 2023                       /s/ Ryan Roth
                                                Ryan Roth
                                                Counsel for Defendant
                                                Vanessa ARAUZA

                                                **ORDER**

     IT IS SO ORDERED.

DATED: 11/8/2023                                   _Sheila K. Oberto_
                                                THE HONORABLE SHEILA K. OBERTO
                                                UNITED STATES MAGISTRATE JUDGE