AO 455 (Rev. 01/09) Waiver of an Indictment

# UNITED STATES DISTRICT COURT
for the

Eastern District of California

| | | |
|---|---|---|
| United States of America<br>v.<br><br>PEDRO SANCHEZ<br>*Defendant* | )<br>)<br>)<br>)<br>) | Case No.  1:22-CR-00305-JLT-SKO |

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: 11/28/23

*Pedro Sanchez O.*
*Defendant's signature*

*Signature of defendant's attorney*

Michael Garey
*Printed name of defendant's attorney*

*Judge's signature*

Hon. Jennifer L. Thurston, United States District Judge
*Judge's printed name and title*